■ DOROTHY LUPIN, Appellant, et al., Plaintiffs, v. DESMOND B. DAVIS, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT JACKSON, Appellant.— Judgment of conviction unanimously affirmed. On this record, the claimed errors did not so adversely affect any substantial right of the defendant so as to warrant a finding of reversible error (Code Crim. Pro., § 542). Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRANK BAKA et al., Respondents, et al., Plaintiffs, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ. [11 Misc 2d 414.]

■ HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent, v. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Appellant, and CROSS & BROWN COMPANY, Respondent.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ RICHARD R. WRIGHT, JR., Respondent, v. JOHAM REALTY CO., INC., Appellant, et al., Defendants. JOHAM REALTY CO., INC., Third-Party Plaintiff-Appellant, v. CHARLOTTE C. WRIGHT et al., Third-Party Defendants, and RICHARD R. WRIGHT, JR., Third-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY EXUM, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOSEPH P. COLLINS, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant.— Judgment, so far as appealed from, affirmed, with costs to the respondent. Concur — Botein, P. J., Breitel and Rabin, JJ.; Valente and McNally, JJ., dissent and vote to reverse and dismiss the complaint on the ground that the policeman, at the time he allegedly dropped the revolver, was not engaged in the city's business and had not entered upon the performance of any of the duties of his employment.

■ KUHN, SMITH & HARRIS, INC., Respondent, v. DAVIES & DAVIES, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOEL HOLT, Respondent, v. ARNOLD SEMENOFF et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.